# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Telisha Rachette Watkins,

      Petitioner,   JUDGMENT IN A CIVIL CASE

vs.   3:08cv426

USA,

      Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/14/2008 Order.

Signed: October 14, 2008

Frank G. Johns, Clerk
United States District Court